IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-MJ-1558-WW-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ANTHONY M. HAGER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the court today for a hearing, pursuant to Fed. R. Crim. P. 32.1 and 18 U.S.C. § 3565(a), on the government's motion to revoke the 12-month term of probation to which defendant, Anthony M. Hager, Jr., was sentenced on 9 February 2010 for his conviction on a guilty plea for larceny of personal property in violation of 18 U.S.C. § 661 and careless and reckless driving in violation of 18 U.S.C. § 13, assimilating N.C. Gen. Stat. § 20-140(a).

Based on defendant's admission to alleged violations 1 and 3, his response of no contest to alleged violation 2, the testimony of the investigating officer as to the alleged March 2010 criminal conduct, and the other evidence presented, the court finds as a fact that the defendant, who appeared before the court with counsel, violated the terms and conditions of the probation judgment as follows:

1. Failure to pay a monetary obligation.
2. Criminal conduct.
3. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 10 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

In entering this judgment, the court has considered the policy statements in Chapter 7 of the U.S. Sentencing Guidelines, including the guideline range of 4 to 10 months imprisonment, as well as the relevant factors listed in 18 U.S.C. § 3553(a).

This, the 18th day of June 2010.

James E. Gates
United States Magistrate Judge